IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-2245-ZLW-MJW

HARTMANN SOFTWARE GROUP, LLC,

      Plaintiff,

v.

ERIC CHRISTOPHER and CHRISTOPHER PROFESSIONAL SERVICES, INC.,

      Defendants,

v.

ANDREAS TABER,

      Third-Party Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

      Pursuant to and in accordance with the Stipulation Of Dismissal With Prejudice (Doc.
# 17), signed by the attorneys for the parties hereto, it is

      ORDERED that the Complaint and cause of action are dismissed with prejudice, each
party to pay its own costs.

      DATED at Denver, Colorado, this  28th  day of February, 2008.

                  BY THE COURT:


                  *s/ Zita L. Weinshienk*
                  _____
                  ZITA L. WEINSHIENK, Senior Judge
                  United States District Court